**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NEW YORK 10007-1312

**SELF INITIATED
AMENDMENT**

CHAMBERS OF
**P. KEVIN CASTEL**
UNITED STATES DISTRICT JUDGE

June 28, 2006

Judge Ortrie D. Smith, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Re: <u>Calendar Year 2005 Filing</u>

Dear Judge Smith:

Thank you for your letter of June 21, 2006. In response, I wish to advise you of the following:

1.      On May 18, 2006, I transmitted an amended FDR for 2005 which, among other things, checked the "NONE" box for the Part V. Since no reference is made to the amended FDR, please have your staff check and contact me if it was not received.

2.      On neither the original 2005 FDR nor the May 18 amended 2005 FDR is their a reference on Part VII, page 4, line 19, to sale or other disposition of "Brk Act #1 Fidelity Aggressive Growth Mutual Fund" in Column D(1). There is a reference to said security on Part VII, page 4, line 4 but it does not refer to a sale or other disposition and there is no entry in column D1. Part VIII, page <u>5</u>, line 19 refers to "Brk Act # 2 NYNY Ser D 6/05" and it appears that the entire position was sold so column C should have been blank.

I trust this satisfies the inquiry. Please do not hesitate to contact me if you have any further questions.

Sincerely,

P. Kevin Castel

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NEW YORK 10007-1312

**SELF INITIATED
AMENDMENT**

CHAMBERS OF
P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE

May 18, 2006

Honorable Mary M. Lisi
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Dear Judge Lisi:

On May 1, 2006, I timely filed my FDR for calendar year 2005. I enclose an original and three copies of an amended FDR for 2005 which includes information I inadvertently omitted. I respectfully request per███████████████████████

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

**SELF INITIATED AMENDMENT**

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Castel, P .Kevin | 2. Court or Organization  S.D.N.Y. | 3. Date of Report  05/18/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge (active) | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☒ Annual  ☐ Final  5b. ☒ Amended Report | 6. Reporting Period  01/01/2005  to  12/31/2005 |
| 7. Chambers or Office Address  United States Courthouse 500 Pearl Street New York, NY 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. 1st Vice President | St. John's School of Law, Alumni Association (uncompensated) |
| 2. Ex Officio Trustee | Federal Bar Council (uncompensated) |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 7/1/00 | Cahill Gordon & Reindel Defined Benefit Plan. Ceased to be a participant as of 10/5/05. |
| 2. 7/1/00 | Cahill Gordon & Reindel Partner & Staff 401(k) Plan. Ceased to be a participant as of 10/5/05. |
| 3. 10/27/03 | Cahill Gordon & Reindel LLP agreement in connection with withdrawal from firm. |

RECEIVED 2006 MAY 23 A 10: 04 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 05/18/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2005 | Cahill Gordon & Reindel LLP (fees received in 2005 for fiscal 2004 attributable to services prior to 10/31/03 withdrawal) (Pt VIII) | $ 29,041 |
| 2. 2005 | Cahill Gordon & Reindel LLP (fees received in 2005 for fiscal 2005 attributable to services prior to1 0/31/03 withdrawal) | $ 60,000 |
| 3. 2006 | Cahill Gordon & Reindel LLP (fees received in 2006 for fiscal 2005 attributable to services prior to10/31/03 withdrawal) | $ 29,723 |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2004 | Teachers Insur and Annuity Assoc (Payment under ▓▓▓▓▓▓ Retirement Plan) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Federal Bar Council | Panelist, Fall Bench and Bar Retreat, 11/4-6/05, Old Saybrook, CT, lodging and food for self, ▓▓▓▓ |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 05/18/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brk Act #1 Fidelity Capital Appreciation Mutual Fund | E | Dividend | N | T | | | | | |
| 2. Brk Act #1Fidelity Cash Reserves | E | Dividend | Pl | T | | | | | |
| 3. Brk Act #1 Fidelity Asset Manager Mutual Fund | D | Dividend | N | T | | | | | |
| 4. Brk Act #1 Fidelity Aggressive Growth Mutual Fund | B | Dividend | N | T | | | | | |
| 5. Brk Act #1Fidelity Insurance Mutual Fund | A | Dividend | L | T | sold | 1/3 | K | C | |
| 6. same as above | | | | | sold | 5/16 | L | D | |
| 7. Brk Act #1 Fidelity Balanced | D | Dividend | M | T | | | | | |
| 8. Brk Act #1 [Spartan] NY Muni Income | D | Dividend | M | T | | | | | |
| 9. Brk Act #2 SB Muni Mny Mkt Port CL A | B | Dividend | L | T | | | | | |
| 10. Brk Act #2 NQN (Nuveen NY) invt Qualtiy Mun Fd | B | Dividend | K | T | | | | | |
| 11. Brk Act #2 AIM Aggr Grwth Fd Class A | | None | K | T | | | | | |
| 12. Brk Act #2 First Eagle Overseas Fund Class A (Pt VIII) | A | Dividend | K | T | | | | | |
| 13. Brk Act #2 SB Appreciation Fd CL A | | None | N | T | | | | | |
| 14. Brk Act #2 SB Muni Fd NY Port CL A | E | Dividend | O | T | | | | | |
| 15. Brk Act #2 SB Intermediate Maturity NY Muni Fund CLA | E | Dividend | N | T | | | | | |
| 16. Brk Act #2 SB Large Cap Grwth FD CL A | | None | L | T | | | | | |
| 17. Brk Act #2 SB Cap FD CL A (Part VIII) | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 05/18/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Brk Act #2 Units Nuveen TE UT TR #61 M NY Insd Ser 61 | A | Dividend | J | T | | | | | |
| 19. Brk Act #2 NY NY SER D 6/05 | B | Interest | K | T | redemption | 2/15 | K | A | |
| 20. Brk Act #2 NYS MED CARE FAC FIN AGY MENTHLTH 5/05 | C | Interest | | | redemption | 2/15 | L | A | |
| 21. same as above | | | | | redemption | 8/15 | K | | |
| 22. Brk Act #2 NYS DORM AU REVS CITY U 5/05 (4.45/05) | B | Interest | | | redemption | 7/1 | K | | |
| 23. Brk Act #2NYC G/O SER L 5.45/05 | C | Interest | | | redemption | 8/1 | K | | |
| 24. Brk Act #2 NYC Gen Oblig SER K 4.5/05 | C | Interest | | | redemption | 8/1 | K | | |
| 25. Brk Act #2 NYS DORM AUTH REVS SECD HOSP 5/06 | B | Interest | L | T | | | | | |
| 26. Brk Act #2 MTA NY Excess Loss Fd 4.3/06 | B | Interest | L | T | | | | | |
| 27. Brk Act #2 NYS Trwy Auth Gen Rev Ser B 4.9/07 | B | Interest | K | T | | | | | |
| 28. Brk Act #2 Triborough B & TAuth NY GEN PURP SER A 5/07 | B | Interest | K | T | | | | | |
| 29. Brk Act #2 NYC G/O SER J 5/07 (5/06) | B | Interest | L | T | part call | 12/29 | K | | |
| 30. Brk Act #2 NYS Dorm Au REVS City U 4.625/07 | B | Interest | K | T | | | | | |
| 31. Brk Act #2 NYS Dorm Au Revs Rockefeller U 4.3/07 | B | Interest | L | T | | | | | |
| 32. Brk Act #2 NYS Dorm Au REVS M Filmore Hosp 5.125/08 | C | Interest | L | T | | | | | |
| 33. Brk Act #2 NYS Dorm Au Jewish Med Ctr 4.5/07 | A | Interest | K | T | | | | | |
| 34. Brk Act #2 NYS Med Care FAC Fin Agy MentHlth 5.4/08 | C | Interest | | | redemption | 8/15 | L | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 05/18/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Brk Act #2 NYC Gen Oblig Ser H 4.5/08 | B | Interest | L | T | | | | | |
| 36. Brk Act #2 NY NY SER M AMBAC 5/08 (/07) | B | Interest | L | T | | | | | |
| 37. Brk Act #2 NYS DORM AU REVS 5/08 | C | Interest | M | T | | | | | |
| 38. Brk Act #2 Nassau Co Ser Z 5/08 | B | Interest | K | T | | | | | |
| 39. Brk Act #2 Nassau Cty COMB SWR DISTR SER Y 5/08 | C | Interest | L | T | | | | | |
| 40. Brk Act #2 NYST AU LOC HGHWY&BRIDGE 5/09 | D | Interest | M | T | | | | | |
| 41. Brk Act #2 NYS Dorm Au Revs New Island Hosp 5.2/09 | D | Interest | M | T | | | | | |
| 42. Brk Act #2 NY NY SER D 6/10 | A | Interest | | | redemption | 2/15 | K | A | |
| 43. Brk Act #2 NY NY SER J 4.625/10 | B | Interest | K | T | | | | | |
| 44. Brk Act #2 NYC Gen Oblig SER K 5/10 | C | Interest | L | T | | | | | |
| 45. Brk Act #2 NYS TWY AUTH 5.25/10 (/08) | B | Interest | K | T | | | | | |
| 46. Brk Act #2 NY NY RFDG Ser J 5/10 | B | Interest | L | T | | | | | |
| 47. Brk Act#2 NYC G/O Ser G 3.125/10 [4/10] | D | Interest | M | T | | | | | |
| 48. Brk Act #2 Nassau Co Ser C 5.25/10 | C | Interest | L | T | | | | | |
| 49. Brk Act #2 NYS Dorm AU Staten Isl U Hosp 4.9/10 | B | Interest | L | T | buy | 3/7 | L | | |
| 50. Brk Act #2 NYC G/O SER C 4.375/11 | C | Interest | M | T | | | | | |
| 51. Brk Act #2 NYC G/O SER D 5.4/11 (/07) | D | Interest | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 05/18/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Brk Act #2 NYS Dorm Au REVS ST Vincent's H 5.5/11 | C | Interest | L | T | | | | | |
| 53. Brk Act #2 NYC RFDG Ser H SubSer H6 1.040/11(3.45/11) | E | Interest | O | T | | | | | |
| 54. Brk Act #2 NYS ENV FACS 5/11 | A | Interest | K | T | | | | | |
| 55. Brk Act #2 NYNY Ser F 5.125/11 | B | Interest | K | T | | | | | |
| 56. Brk Act #2 NYC Transitional Auth 4.6/11 | B | Interest | | | sell | 7/27 | K | | |
| 57. Brk Act#2 LIPA 5.125/11 | C | Interest | L | T | buy | 11/17 | L | | |
| 58. Brk Act # 2 Eire Cnty NY Pub Impt Ser A 5/11 (Pt VIII) | B | Interest | L | T | | | | | |
| 59. Brk Act #2 NY NY Ser J 4/12 | C | Interest | M | T | | | | | |
| 60. Brk Act #2 NYS Dorm Auth City Univ 5.75/12 (/09) | C | Interest | L | T | | | | | |
| 61. Brk Act #2 NYC RFDG Ser H-6 float/12 | B | Interest | | | sold | 1/27 | M | | |
| 62. Brk Act #2 NYC RFDG Ser F 5.25/12 | A | Interest | J | T | | | | | |
| 63. Brk Act #2 Nassau Co Gen Imo Ser V 5.25/13 (5.25/07) | C | Interest | M | T | | | | | |
| 64. Brk Act #2 NYC G/O Ser H 5.25/13 (/09) | A | Interest | K | T | | | | | |
| 65. Brk Act #2 NY NY Ser J FGIC-TCRS 5.35/12 | B | Interest | K | T | | | | | |
| 66. Brk Act #2 NYS Dorm Auth Upstate Comm Coll Rev B 5/13 [/10] | B | Interest | L | T | | | | | |
| 67. Brk Act #2 NYC RFDG Ser H Sub H-6 1.94/13 | B | Interest | | | sold | 5/19 | L | | |
| 68. Brk Act #2 NY NY RFDG Ser B-FGIC TCRS 5.75/13 | C | Interest | L | T | | | | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 05/18/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" aft each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | er (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Brk Act #2 Medina NY Cent Sc Dist 4.75/13 | B | Interest | K | T | | | | | |
| 70. Brk Act #2 LIPA 5/13 | B | Interest | L | T | | | | | |
| 71. same as above | B | Interest | L | T | buy | 12/19 | L | | |
| 72. Brk Act #2 NYS Dorm AU RFDG SECD HOSP NYDTWN 5.2/014 | C | Interest | L | T | | | | | |
| 73. Brk Act #2 NYSMedCare FACSFINAGYMENTHLTH F 5.375/14 | C | Interest | L | T | | | | | |
| 74. Brk Act #2 NYS Dorm Auth Revs Ithaca Coll 5/13 | B | Interest | K | T | | | | | |
| 75. Brk Act #2 MTA NY 4.75/13 | A | Interest | K | T | buy | 12/12 | K | | |
| 76. Brk Act #2 NYS Dorm AU Revs Third Gen Res 5.25/13 | C | Interest | L | T | buy | 9/9 | L | | |
| 77. Brk Act #2 NYS Dorm AU Revs Lutherern Med 5/13 | C | Interest | L | T | buy | 9/30 | L | | |
| 78. Brk Act #2 Camden NY Cent SCh DIST SER A 4.5/14 | B | Interest | L | T | | | | | |
| 79. Brk Act #2NYC MUN WTR FIN 00/14 | A | Interest | J | T | | | | | |
| 80. Brk Act #2 NYS DORM AU Iona Coll 4.3/14 | B | Interest | L | T | | | | | |
| 81. Brk Act #2 Nassau Cty NY GENIMPT SER X 5.1/14 (/07) | D | Interest | M | T | | | | | |
| 82. Brk Act #2 LI Pwr Au [LIPA] 5/14 | B | Interest | L | T | | | | | |
| 83. Brk Act #2 NYC Ser J 5.25/14 (/09) | B | Interest | K | T | | | | | |
| 84. Brk Act #2 Sharon Springs MunWtr 4.8/14 | B | Interest | K | T | | | | | |
| 85. Brk Act #2 NYS Dorm Au Colgate 4.625/14 | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B l and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 05/18/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Brk Act #2 NYC Ser A G/O 4.3/14 | C | Interest | L | T | buy | 12/6 | L | | |
| 87. Brk Act #2 LI Pwr Au [LIPA] 5/14 | B | Interest | K | T | | | | | |
| 88. Brk Act #2 Bethlehem NY Cent Sch Dt 5.125/14 | B | Interest | K | T | | | | | |
| 89. Brk Act #2 NYS Dorm Au Lease Rev Mun Hlth 5.5/14 | B | Interest | K | T | buy | 1/31 | K | | |
| 90. Brk Act #2 Buffalo NY SER C Parking 4.7/15 | C | Interest | L | T | | | | | |
| 91. Brk Act #2 LI NY Pwr Au Elec SYS [LIPA] 5/15 | C | Interest | M | T | | | | | |
| 92. Brk Act #2 No Babylon Sch Dt 5.25/15 | B | Interest | K | T | | | | | |
| 93. Brk Act #2 NYS TWY AU 5/15 (/09) | D | Interest | M | T | buy | 5/19 | M | | |
| 94. Brk Act #2 NY,NY Ser I 5.25/15 (/09) | C | Interest | L | T | | | | | |
| 95. Brk Act #2 NYC REF Ser B G/O 5.75/15 | C | Interest | L | T | | | | | |
| 96. Brk Act #2 NY,NY RFDG Ser G 5/15 | B | Interest | K | T | | | | | |
| 97. Brk Act #2 NYS ENRGY R&D AU ORNGE & ROCK float/15 | D | Interest | M | T | | | | | |
| 98. Brk Act #2 LI Pwr Au[LIPA] 4/15 | B | Interest | K | T | | | | | |
| 99. Brk Act #2 Carle Place 5.4/15 | B | Interest | K | T | | | | | |
| 100. Brk Act #2 NYNY Ser A 5.25/15 | B | Interest | K | T | | | | | |
| 101. Brk Act #2 MTA 5.25/15 | C | Interest | L | T | | | | | |
| 102. Brk Act#2 NYC Trans Fin 4/15 | C | Interest | M | T | buy | 10/24 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Brk Act #2 NYC Health & Hosp 4.55/16 | C | Interest | M | T | | | | | |
| 104. Brk Act #2 Nassau Co GenImpt Ser Y 5/16 | B | Interest | K | T | | | | | |
| 105. Brk Act # 2 NYC G/O Ser H 5.25/16 | C | Interest | L | T | | | | | |
| 106. Brk Act #2 NYS Dorm Au St Johns U 5/16 | B | Interest | K | T | | | | | |
| 107. Brk Act #2 NY, NY Trans Fin Au 4.75/16 | B | Interest | K | T | | | | | |
| 108. Brk Act #2 LIPA 5.125/16 | C | Interest | L | T | | | | | |
| 109. Brk Act #2 NY NY Ser J 5.25/16 | D | Interest | M | | buy | 7/27 | M | | |
| 110. Brk Act #2 NYS Dorm Au RVS City U 5/16 | B | Interest | L | T | buy | 2/8 | L | | |
| 111. Brk act #2 NYS Env Fac Corp St Clean Wtr 5/17 | B | Interest | L | T | | | | | |
| 112. Brk Act #2 NY NY RFDG Ser J 5/17 | A | Interest | K | T | | | | | |
| 113. Brk Act #2 NYC Ser G G/O 5/17 | C | Interest | M | T | | | | | |
| 114. Brk Act #2 NYS Dorm AU City U 5/18 (/08) | C | Interest | L | T | | | | | |
| 115. Brk Act #2 NYC SER B Gen Obl 5.375/18 | C | Interest | L | T | | | | | |
| 116. Brk Act #2 LI NYPWR AU [LIPA} 5/18 | C | Interest | M | T | | | | | |
| 117. Brk Act #2 NYS Dorm Au St Josephs H 5.25/18 | A | Interest | K | T | | | | | |
| 118. Brk Act #2 Buffalo NY Mun Wtr Fin Au 5/19 | A | Interest | K | T | | | | | |
| 119. Brk Act #2 Niagra Falls Brdg float/19 | A | Interest | | | sold | 12/19 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34–57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. Brk Act #2 Buffalo Ser C 5/19 | C | Interest | M | T | | | | | |
| 121. Brk Act #2 LIPA 5.3/19 | C | Interest | L | T | buy | 6/29 | L | | |
| 122. Brk Act #2 NYC Trans F/A Rev 5.25/21 | C | Interest | L | T | | | | | |
| 123. Brk Act #2 NYC TR Cultural Res Am Muse Nat Hist float/ 21 | A | Interest | | | sold | 7/27 | L | A | |
| 124. Brk Act #2 Triborough B & T AU 5/24 | C | Interest | M | T | | | | | |
| 125. Brk Act #2 Triborough B & T Au [1.95/32] 3.47/32 | D | Interest | N | T | | | | | |
| 126. Brk Acct #2 Kayne Anderson MLP INVT Co (KYN) | B | Dividend | K | T | | | | | |
| 127. same as above | | | | | buy | 1/25 | J | | |
| 128. same as above | | | | | buy | 4/22 | J | | |
| 129. same as above | | | | | buy | 7/22 | J | | |
| 130. same as above | | | | | buy | 10/20 | J | | |
| 131. Bkt Act #2 Ishares TR Dow Jones Select Div Index Fund | B | Dividend | L | T | | | | | |
| 132. Brk Act #4 NYS Twy Au SER A 4.9/05 | B | Interest | | | redemption | 4/1 | L | | |
| 133. Brk Act #4 NYS Dorm Au City U 4.45/05 | B | Interest | | | redemption | 7/1 | K | A | |
| 134. Brk Act #4 NYS Dorm Au Southside Hosp 5/06 | B | Interest | K | T | | | | | |
| 135. Brk Act #4 NYS Dorm Au UTD Health 4.8/06 | B | Interest | K | T | | | | | |
| 136. Brk Act #4 NYS Dorm Au City U 4.625/07 | B | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Brk Act #4 Port Auth 119th Ser 5/07 | B | Interest | K | T | | | | | |
| 138. Brk Act #4 NYS Dorm Mtg Hosp 4.95/08 | B | Interest | K | T | | | | | |
| 139. Brk Act #4 NYS Med Care 5.4/08 (/05) | B | Interest | | | redemption | 8/15 | K | A | |
| 140. Brk Act #4 NYNY Ser H MBIA 5/09 | B | Interest | L | T | buy | 9/12 | L | | |
| 141. Brk Act #4 NYS Thrwy 5.1/10 | C | Interest | L | T | | | | | |
| 142. Brk Act #4 NYC G/O Ser C 4.35/11 | B | Interest | L | T | | | | | |
| 143. Brk Act #4 NYC RFDG Ser H, subser H6 float/12 | A | None | K | T | | | | | |
| 144. Brk Act #4 MTA FRDG Ser A 4.3/13 | B | Interest | L | T | | | | | |
| 145. Brk Act #4 Nassau Cty Gen Impt Ser X 5.1/14 [07] | C | Interest | L | T | | | | | |
| 146. Brk Act #4 NYC Ref Ser B G/O 5.75/15 | B | Interest | K | T | | | | | |
| 147. Brk Act #4 NYC Health & Hosp 4.5[4.55]/16 | A | Interest | K | T | | | | | |
| 148. Brk Act #4 Hudson Falls NY Cent Sch 4.625/16 | B | Interest | K | T | buy | 6/14 | K | | |
| 149. Brk Act #4 NYC G/O Ser E 5/16 | B | Interest | L | T | buy | 8/9 | L | | |
| 150. Brk Act #4 NYC G/O Ser B 5.25/18 | C | Interest | L | T | | | | | |
| 151. Brk Act #4 Port Auth 125th Ser 5/18 (Pt VIII) | B | Interest | K | T | | | | | |
| 152. Brk Act # 4 MTA 4.5/18 | B | Interest | K | T | buy | 6/30 | | | |
| 153. Brk Act #4 SB Muni NY MNY MKT PORT CL A ( PtVIII) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 05/18/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Brk Act #4 SB Muni Funds NY Port CL A (PtVIII) | B | Dividend | K | T | | | | | |
| 155. Brk Act #4 SB Intermediate Maty NY Muni FD CLA (PtVIII) | C | Dividend | L | T | | | | | |
| 156. Brk Act #4 SB Large Cap Growh Fund CL A (Pt VIII) | | None | M | T | | | | | |
| 157. Brk Act #5 SB Muni NY MNY MKT PORT CL A | A | Dividend | J | T | | | | | |
| 158. Brk Act #5 SB Apprec Fd CL A | | None | K | T | | | | | |
| 159. Brk Act #5 SM Muni FD NY Port CL A | C | Dividend | L | T | | | | | |
| 160. Brk Act #5 SB Intermediate Maty NY Muni FD CLA | B | Dividend | L | T | | | | | |
| 161. Brk Act #5 SB Large Cap Growh Fund CL A | D | Dividend | K | T | | | | | |
| 162. Brk Act #5 NYS Dorm AU 4.45/05 | B | Interest | | | redemption | 7/1 | K | | |
| 163. Brk Act #5 NYS Dorm Au 4.8/06 | B | Interest | L | T | | | | | |
| 164. Brk Act #5 NYS Dorm AU City U 4.625/07 | B | Interest | K | T | | | | | |
| 165. Brk Act #5 Port Auth NYNJ 119th Ser 5/07 | B | Interest | L | T | | | | | |
| 166. Brk Act #5 NYS Dorm UTD Hlth Svcs 4.95/08 | B | Interest | K | T | | | | | |
| 167. Brk Act #5 NYS Med Care Ment Hlth 5.4/05[08] | B | Interest | | | redemption | 8/15 | K | A | |
| 168. Brk Act #5 NYS Twy Au Hwy & Brdg 5/08 (Pt VIII) | B | Interest | K | T | | | | | |
| 169. Brk Act #5 NY NY Ser H 5/09 | B | Interest | L | T | buy | 9/12 | L | | |
| 170. Brk Act #5 NYS Dorm Au Mntl Hlth 5.25/09 (Pt VIII) | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 05/18/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Brk Act #5 NYS Thrwy AU 5.1/10 | C | Interest | L | T | | | | | |
| 172. Brk Act #5 NYC G/O SER C 4.375/11 | B | Interest | L | T | | | | | |
| 173. Brk Act #5 NYS Dorm Au ST U EDL 5.250/11 | B | Interest | K | T | buy | 2/23 | K | | |
| 174. Brk Act #4 MTA 4.75/13 | B | Interest | K | T | buy | 12/8 | K | | |
| 175. Brk Act #5 Corning NYC Sch Dist SerB 4.25/13 | B | Interest | L | T | | | | | |
| 176. Brk Act #5 Nassau Cnty NY Gen Impt Ser X 5.1/14[/07/08] | C | Interest | L | T | | | | | |
| 177. Brk Act #5 NYS Env Clean & Drink WTR 5.050/14 | B | Interest | K | T | buy | 3/18 | K | | |
| 178. Brk Act #5 NYC Ref B G/O 5.75/15 | B | Interest | K | T | | | | | |
| 179. Brk Act #5 NY, NYSer H 5/15 | A | Interest | K | T | | | | | |
| 180. Brk Act #5 MTA 5.25/15 | C | Interest | L | T | | | | | |
| 181. Brk Act #5 NYC Health&Hosp 4.55/16 | A | Interest | K | T | | | | | |
| 182. Brk Act #5 Hudson Falls NY Cent 4.65/16 | B | Interest | K | T | buy | 6/14 | K | | |
| 183. Brk Act #5 NYC G/O Ser B 5.25/18 (Pt VIII) | C | Interest | L | T | | | | | |
| 184. Brk Act #6 SB Money Funds Cash Port CLA | A | Dividend | J | T | | | | | |
| 185. Brk Act #6 SB Muni NY Mkt Port CL A | A | Dividend | J | T | | | | | |
| 186. Brk Act #6 ADP | A | Dividend | J | T | | | | | |
| 187. Brk Act #6 BBY | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 05/18/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Brk Act #6 CSCO | | None | J | T | | | | | |
| 189. Brk Act #6 CTAS | A | Dividend | J | T | | | | | |
| 190. Brk Act #6 Citigroup | A | Dividend | J | T | | | | | |
| 191. Brk Act #6 Dell | | None | J | T | | | | | |
| 192. Brk Act #6 GE | A | Dividend | J | T | | | | | |
| 193. Brk Act #6 HD | A | Dividend | J | T | | | | | |
| 194. Brk Act #6 IBM | A | Dividend | J | T | | | | | |
| 195. Brk Act #6 KMB | A | Dividend | J | T | | | | | |
| 196. Brk Act #6 KSS | | None | J | T | | | | | |
| 197. Brk Act #6 LLY | A | Dividend | J | T | | | | | |
| 198. Brk Act #6 MDT | A | Dividend | J | T | | | | | |
| 199. Brk Act #6 MRK | A | Dividend | J | T | | | | | |
| 200. Brk Act #6 MSFT | A | Dividend | J | T | | | | | |
| 201. Brk Act #6 NOK | A | Dividend | | | sell | 12/13 | J | | |
| 202. Brk Act # 6 NP (Pt VIII) | | Dividend | J | T | | | | | |
| 203. Brk Act #6 ORCL | | None | | | sell | 12/13 | J | | |
| 204. Brk Act #6 PFE | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - 2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 05/18/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Brk Act #6 WMT | A | Dividend | J | T | | | | | |
| 206. Brk Act #6 WAG | A | Dividend | J | T | | | | | |
| 207. Brk Act #6 WFC | A | Dividend | J | T | | | | | |
| 208. Brk Act #7 Citibank NA Bank Dep Program | B | Interest | K | T | | | | | |
| 209. Brk Act #7 Safra Nat Bank C/D | B | Interest | K | T | buy | 9/28 | K | | |
| 210. Brk Act #7 Lehman Bros 4.150/15 | A | Interest | K | T | buy | 3/31 | K | | |
| 211. Brk Act #8 Citibank Bank Dep Prog | A | Interest | J | T | | | | | |
| 212. Brk Act #8 SB Appreciation FD CL A | | None | J | T | | | | | |
| 213. Brk Act #8 John Hancock Trift Oppty Fd Equity portfolio(BTO) | C | Dividend | K | T | buy | 6/6 | K | | |
| 214. Brk Act #9 SB MUNI NY MNY MKT PORT CL A | D | Interest | N | T | | | | | |
| 215. Brk Act #9 Nuveen NY Select Qual (NVN) | B | Interest | K | T | | | | | |
| 216. Brk Act #10 SB MUNI NY MNY PORT CL A | D | Interest | N | T | | | | | |
| 217. Brk Act #10 Nuveen NY Sel Qual (NVN) | C | Interest | J | T | | | | | |
| 218. Brk Act #11 Fidelity Funds(Stock) | | None | | | sell | 10/1 | M | D | |
| 219. Brk Act #11 Spartan US Eq Index | | None | N | T | buy | 10/1 | M | | |
| 220. Brk Act #11 MSIFT CP Fx Inst | D | Dividend | M | T | | | | | |
| 221. Brk Act #12 PHX Oakhurst Strat Alloc FD A | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001- $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 05/18/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Brk Act #12 PHX Oakhurst Inc&Growth FD A | A | Dividend | J | T | | | | | |
| 223. Brk Act #13 Fidelity Divers Intl | | None | J | T | | | | | |
| 224. Brk Act #13 Fidelity Equity Inc | | None | O | T | | | | | |
| 225. Brk Act #13 Fidelity Inter Bond | E | Interest | N | T | | | | | |
| 226. Brk Act #13 Fidelity Retire Mmkt | C | Interest | N | T | | | | | |
| 227. Brk Act #14 Fidelity Equity Inc | | None | L | T | | | | | |
| 228. Brk Act #14 Fidelity Inter Bond | B | Interest | K | T | | | | | |
| 229. Brk Act #14 Fidelity Retirement Mmkt | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇  Date  5-18-06

NOTE: A▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇S OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Castel, P .Kevin | S.D.N.Y. | 05/01/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (active) | ☐ Nomination, Date<br>☐ Initial  ☒ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2005<br>to<br>12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States Courthouse<br>500 Pearl Street<br>New York, NY 10007 | Reviewing Officer _____  Date _____ |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. 1st Vice President | St. John's School of Law, Alumni Association (uncompensated) |
| 2. Ex Officio Trustee | Federal Bar Council (uncompensated) |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 7/1/00 | Cahill Gordon & Reindel Defined Benefit Plan. Ceased to be a participant as of 10/5/05. |
| 2. 7/1/00 | Cahill Gordon & Reindel Partner & Staff 401(k) Plan. Ceased to be a participant as of 10/5/05. |
| 3. 10/27/03 | Cahill Gordon & Reindel LLP agreement in connection with withdrawal from firm. |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 04/26/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | Cahill Gordon & Reindel LLP (fees received in 2005 for fiscal 2004 attributable to services prior to 10/31/03 withdrawal) (Pt VIII) | $ 29,041 |
| 2. 2005 | Cahill Gordon & Reindel LLP (fees received in 2005 for fiscal 2005 attributable to services prior to10/31/03 withdrawal) | $ 60,000 |
| 3. 2006 | Cahill Gordon & Reindel LLP (fees received in 2006 for fiscal 2005 attributable to services prior to10/31/03 withdrawal) | $ 29,723 |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2004 | Teachers Insur and Annuity Assoc (Payment under Spouse's ███████ Retirement Plan) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 04/26/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | $ 0.0 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 04/26/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brk Act #1 Fidelity Capital Appreciation Mutual Fund | E | Dividend | N | T | | | | | . . |
| 2. Brk Act #1Fidelity Cash Reserves | E | Dividend | P1 | T | | | | | |
| 3. Brk Act #1 Fidelity Asset Manager Mutual Fund | D | Dividend | N | T | | | | | |
| 4. Brk Act #1 Fidelity Aggressive Growth Mutual Fund | B | Dividend | N | T | | | | | |
| 5. Brk Act #1Fidelity Insurance Mutual Fund | A | Dividend | L | T | sold | 1/3 | K | C | |
| 6. same as above | | | | | sold | 5/16 | L | D | |
| 7. Brk Act #1 Fidelity Balanced | D | Dividend | M | T | | | | | |
| 8. Brk Act #1 [Spartan] NY Muni Income | D | Dividend | M | T | | | | | |
| 9. Brk Act #2 SB Muni Mny Mkt Port CL A | B | Dividend | L | T | | | | | |
| 10. Brk Act #2 NQN (Nuveen NY) invt Qualtiy Mun Fd | B | Dividend | K | T | | | | | |
| 11. Brk Act #2 AIM Aggr Grwth Fd Class A | | None | K | T | | | | | |
| 12. Brk Act #2 First Eagle Overseas Fund Class A (Pt VIII) | A | Dividend | K | T | | | | | |
| 13. Brk Act #2 SB Appreciation Fd CL A | | None | N | T | | | | | |
| 14. Brk Act #2 SB Muni Fd NY Port CL A | E | Dividend | O | T | | | | | |
| 15. Brk Act #2 SB Intermediate Maturity NY Muni Fund CLA | E | Dividend | N | T | | | | | |
| 16. Brk Act #2 SB Large Cap Grwth FD CL A | | None | L | T | | | | | |
| 17. Brk Act #2 SB Cap FD CL A (Part VIII) | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 04/26/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Brk Act #2 Units Nuveen TE UT TR #⬤M NY Insd Ser 61 | A | Dividend | J | T | | | | | |
| 19. Brk Act #2 NY NY SER D 6/05 | B | Interest | K | T | redemption | 2/15 | K | A | |
| 20. Brk Act #2 NYS MED CARE FAC FIN AGY MENTHLTH 5/05 | C | Interest | | | redemption | 2/15 | L | A | |
| 21. same as above | | | | | redemption | 8/15 | K | | |
| 22. Brk Act #2 NYS DORM AU REVS CITY U 5/05 (4.45/05) | B | Interest | | | redemption | 7/1 | K | | |
| 23. Brk Act #2NYC G/O SER L 5.45/05 | C | Interest | | | redemption | 8/1 | K | | |
| 24. Brk Act #2 NYC Gen Oblig SER K 4.5/05 | C | Interest | | | redemption | 8/1 | K | | |
| 25. Brk Act #2 NYS DORM AUTH REVS SECD HOSP 5/06 | B | Interest | L | T | | | | | |
| 26. Brk Act #2 MTA NY Excess Loss Fd 4.3/06 | B | Interest | L | T | | | | | |
| 27. Brk Act #2 NYS Trwy Auth Gen Rev Ser B 4.9/07 | B | Interest | K | T | | | | | |
| 28. Brk Act #2 Triborough B & TAuth NY GEN PURP SER A 5/07 | B | Interest | K | T | | | | | |
| 29. Brk Act #2 NYC G/O SER J 5/07 (5/06) | B | Interest | L | T | part call | 12/29 | K | | |
| 30. Brk Act #2 NYS Dorm Au REVS City U 4.625/07 | B | Interest | K | T | | | | | |
| 31. Brk Act #2 NYS Dorm Au Revs Rockefeller U 4.3/07 | B | Interest | L | T | | | | | |
| 32. Brk Act #2 NYS Dorm Au REVS M Filmore Hosp 5.125/08 | C | Interest | L | T | | | | | |
| 33. Brk Act #2 NYS Dorm Au Jewish Med Ctr 4.5/07 | A | Interest | K | T | | | | | |
| 34. Brk Act #2 NYS Med Care FAC Fin Agy MentHlth 5.4/08 | C | Interest | | | redemption | 8/15 | L | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 04/26/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Brk Act #2 NYC Gen Oblig Ser H 4.5/08 | B | Interest | L | T | | | | | |
| 36. Brk Act #2 NY NY SER M AMBAC 5/08 (/07) | B | Interest | L | T | | | | | |
| 37. Brk Act #2 NYS DORM AU REVS 5/08 | C | Interest | M | T | | | | | |
| 38. Brk Act #2 Nassau Co Ser Z 5/08 | B | Interest | K | T | | | | | |
| 39. Brk Act #2 Nassau Cty COMB SWR DISTR SER Y 5/08 | C | Interest | L | T | | | | | |
| 40. Brk Act #2 NYST AU LOC HGHWY&BRIDGE 5/09 | D | Interest | M | T | | | | | |
| 41. Brk Act #2 NYS Dorm Au Revs New Island Hosp 5.2/09 | D | Interest | M | T | | | | | |
| 42. Brk Act #2 NY NY SER D 6/10 | A | Interest | | | redemption | 2/15 | K | A | |
| 43. Brk Act #2 NY NY SER J 4.625/10 | B | Interest | K | T | | | | | |
| 44. Brk Act #2 NYC Gen Oblig SER K 5/10 | C | Interest | L | T | | | | | |
| 45. Brk Act #2 NYS TWY AUTH 5.25/10 (/08) | B | Interest | K | T | | | | | |
| 46. Brk Act #2 NY NY RFDG Ser J 5/10 | B | Interest | L | T | | | | | |
| 47. Brk Act#2 NYC G/O Ser G 3.125/10 [4/10] | D | Interest | M | T | | | | | |
| 48. Brk Act #2 Nassau Co Ser C 5.25/10 | C | Interest | L | T | | | | | |
| 49. Brk Act #2 NYS Dorm AU Staten Isl U Hosp 4.9/10 | B | Interest | L | T | buy | 3/7 | L | | |
| 50. Brk Act #2 NYC G/O SER C 4.375/11 | C | Interest | M | T | | | | | |
| 51. Brk Act #2 NYC G/O SER D 5.4/11 (/07) | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 04/26/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Brk Act #2 NYS Dorm Au REVS ST Vincent's H 5.5/11 | C | Interest | L | T | | | | | |
| 53. Brk Act #2 NYC RFDG Ser H SubSer H6 1.040/11(3.45/11) | E | Interest | O | T | | | | | |
| 54. Brk Act #2 NYS ENV FACS 5/11 | A | Interest | K | T | | | | | |
| 55. Brk Act #2 NYNY Ser F 5.125/11 | B | Interest | K | T | | | | | |
| 56. Brk Act #2 NYC Transitional Auth 4.6/11 | B | Interest | | | sell | 7/27 | K | | |
| 57. Brk Act#2 LIPA 5.125/11 | C | Interest | L | T | buy | 11/17 | L | | |
| 58. Brk Act # 2 Eire Cnty NY Pub Impt Ser A 5/11 (Pt VIII) | B | Interest | L | T | | | | | |
| 59. Brk Act #2 NY NY Ser J 4/12 | C | Interest | M | T | | | | | |
| 60. Brk Act #2 NYS Dorm Auth City Univ 5.75/12 (/09) | C | Interest | L | T | | | | | |
| 61. Brk Act #2 NYC RFDG Ser H-6 float/12 | B | Interest | | | sold | 1/27 | M | | |
| 62. Brk Act #2 NYC RFDG Ser F 5.25/12 | A | Interest | J | T | | | | | |
| 63. Brk Act #2 Nassau Co Gen Imo Ser V 5.25/13 (5.25/07) | C | Interest | M | T | | | | | |
| 64. Brk Act #2 NYC G/O Ser H 5.25/13 (/09) | A | Interest | K | T | | | | | |
| 65. Brk Act #2 NY NY Ser J FGIC-TCRS 5.35/12 | B | Interest | K | T | | | | | |
| 66. Brk Act #2 NYS Dorm Auth Upstate Comm Coll Rev B 5/13 [/10] | B | Interest | L | T | | | | | |
| 67. Brk Act #2 NYC RFDG Ser H Sub H-6 1.94/13 | B | Interest | | | sold | 5/19 | L | | |
| 68. Brk Act #2 NY NY RFDG Ser B-FGIC TCRS 5.75/13 | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 04/26/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Brk Act #2 Medina NY Cent Sc Dist 4.75/13 | B | Interest | K | T | | | | | |
| 70. Brk Act #2 LIPA 5/13 | B | Interest | L | T | | | | | |
| 71. same as above | B | Interest | L | T | buy | 12/19 | L | | |
| 72. Brk Act #2 NYS Dorm AU RFDG SECD HOSP NYDTWN 5.2/014 | C | Interest | L | T | | | | | |
| 73. Brk Act #2 NYSMedCare FACSFINAGYMENTHLTH F 5.375/14 | C | Interest | L | T | | | | | |
| 74. Brk Act #2 NYS Dorm Auth Revs Ithaca Coll 5/13 | B | Interest | K | T | | | | | |
| 75. Brk Act #2 MTA NY 4.75/13 | A | Interest | K | T | buy | 12/12 | K | | |
| 76. Brk Act #2 NYS Dorm AU Revs Third Gen Res 5.25/13 | C | Interest | L | T | buy | 9/9 | L | | |
| 77. Brk Act #2 NYS Dorm AU Revs Lutherem Med 5/13 | C | Interest | L | T | buy | 9/30 | L | | |
| 78. Brk Act #2 Camden NY Cent SCh DIST SER A 4.5/14 | B | Interest | L | T | | | | | |
| 79. Brk Act #2NYC MUN WTR FIN 00/14 | A | Interest | J | T | | | | | |
| 80. Brk Act #2 NYS DORM AU Iona Coll 4.3/14 | B | Interest | L | T | | | | | |
| 81. Brk Act #2 Nassau Cty NY GENIMPT SER X 5.1/14 (/07) | D | Interest | M | T | | | | | |
| 82. Brk Act #2 LI Pwr Au [LIPA] 5/14 | B | Interest | L | T | | | | | |
| 83. Brk Act #2 NYC Ser J 5.25/14 (/09) | B | Interest | K | T | | | | | |
| 84. Brk Act #2 Sharon Springs MunWtr 4.8/14 | B | Interest | K | T | | | | | |
| 85. Brk Act #2 NYS Dorm Au Colgate 4.625/14 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 04/26/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Brk Act #2 NYC Ser A G/O 4.3/14 | C | Interest | L | T | buy | 12/6 | L | | |
| 87. Brk Act #2 LI Pwr Au [LIPA] 5/14 | B | Interest | K | T | | | | | |
| 88. Brk Act #2 Bethlehem NY Cent Sch Dt 5.125/14 | B | Interest | K | T | | | | | |
| 89. Brk Act #2 NYS Dorm Au Lease Rev Mun Hlth 5.5/14 | B | Interest | K | T | buy | 1/31 | K | | |
| 90. Brk Act #2 Buffalo NY SER C Parking 4.7/15 | C | Interest | L | T | | | | | |
| 91. Brk Act #2 LI NY Pwr Au Elec SYS [LIPA] 5/15 | C | Interest | M | T | | | | | |
| 92. Brk Act #2 No Babylon Sch Dt 5.25/15 | B | Interest | K | T | | | | | |
| 93. Brk Act #2 NYS TWY AU 5/15 (/09) | D | Interest | M | T | buy | 5/19 | M | | |
| 94. Brk Act #2 NY,NY Ser I 5.25/15 (/09) | C | Interest | L | T | | | | | |
| 95. Brk Act #2 NYC REF Ser B G/O 5.75/15 | C | Interest | L | T | | | | | |
| 96. Brk Act #2 NY,NY RFDG Ser G 5/15 | B | Interest | K | T | | | | | |
| 97. Brk Act #2 NYS ENRGY R&D AU ORNGE & ROCK float/15 | D | Interest | M | T | | | | | |
| 98. Brk Act #2 LI Pwr Au[LIPA] 4/15 | B | Interest | K | T | | | | | |
| 99. Brk Act #2 Carle Place 5.4/15 | B | Interest | K | T | | | | | |
| 100. Brk Act #2 NYNY Ser A 5.25/15 | B | Interest | K | T | | | | | |
| 101. Brk Act #2 MTA 5.25/15 | C | Interest | L | T | | | | | |
| 102. Brk Act#2 NYC Trans Fin 4/15 | C | Interest | M | T | buy | 10/24 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 04/26/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" aft each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Brk Act #2 NYC Health & Hosp 4.55/16 | C | Interest | M | T | | | | | |
| 104. Brk Act #2 Nassau Co GenImpt Ser Y 5/16 | B | Interest | K | T | | | | | |
| 105. Brk Act # 2 NYC G/O Ser H 5.25/16 | C | Interest | L | T | | | | | |
| 106. Brk Act #2 NYS Dorm Au St Johns U 5/16 | B | Interest | K | T | | | | | |
| 107. Brk Act #2 NY, NY Trans Fin Au 4.75/16 | B | Interest | K | T | | | | | |
| 108. Brk Act #2 LIPA 5.125/16 | C | Interest | L | T | | | | | |
| 109. Brk Act #2 NY NY Ser J 5.25/16 | D | Interest | M | | buy | 7/27 | M | | |
| 110. Brk Act #2 NYS Dorm Au RVS City U 5/16 | B | Interest | L | T | buy | 2/8 | L | | |
| 111. Brk act #2 NYS Env Fac Corp St Clean Wtr 5/17 | B | Interest | L | T | | | | | |
| 112. Brk Act #2 NY NY RFDG Ser J 5/17 | A | Interest | K | T | | | | | |
| 113. Brk Act #2 NYC Ser G G/O 5/17 | C | Interest | M | T | | | | | |
| 114. Brk Act #2 NYS Dorm AU City U 5/18 (/08) | C | Interest | L | T | | | | | |
| 115. Brk Act #2 NYC SER B Gen Obl 5.375/18 | C | Interest | L | T | | | | | |
| 116. Brk Act #2 LI NYPWR AU [LIPA} 5/18 | C | Interest | M | T | | | | | |
| 117. Brk Act #2 NYS Dorm Au St Josephs H 5.25/18 | A | Interest | K | T | | | | | |
| 118. Brk Act #2 Buffalo NY Mun Wtr Fin Au 5/19 | A | Interest | K | T | | | | | |
| 119. Brk Act #2 Niagra Falls Brdg float/19 | A | Interest | | | sold | 12/19 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 04/26/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Brk Act #2 Buffalo Ser C 5/19 | C | Interest | M | T | | | | | |
| 121. Brk Act #2 LIPA 5.3/19 | C | Interest | L | T | buy | 6/29 | L | | |
| 122. Brk Act #2 NYC Trans F/A Rev 5.25/21 | C | Interest | L | T | | | | | |
| 123. Brk Act #2 NYC TR Cultural Res Am Muse Nat Hist float/ 21 | A | Interest | | | sold | 7/27 | L | A | |
| 124. Brk Act #2 Triborough B & T AU 5/24 | C | Interest | M | T | | | | | |
| 125. Brk Act #2 Triborough B & T Au [1.95/32] 3.47/32 | D | Interest | N | T | | | | | |
| 126. Brk Acct #2 Kayne Anderson MLP INVT Co (KYN) | B | Dividend | K | T | | | | | |
| 127. same as above | | | | | buy | 1/25 | J | | |
| 128. same as above | | | | | buy | 4/22 | J | | |
| 129. same as above | | | | | buy | 7/22 | J | | |
| 130. same as above | | | | | buy | 10/20 | J | | |
| 131. Bkt Act #2 Ishares TR Dow Jones Select Div Index Fund | B | Dividend | L | T | | | | | |
| 132. Brk Act #4 NYS Twy Au SER A 4.9/05 | B | Interest | | | redemption | 4/1 | L | | |
| 133. Brk Act #4 NYS Dorm Au City U 4.45/05 | B | Interest | | | redemption | 7/1 | K | A | |
| 134. Brk Act #4 NYS Dorm Au Southside Hosp 5/06 | B | Interest | K | T | | | | | |
| 135. Brk Act #4 NYS Dorm Au UTD Health 4.8/06 | B | Interest | K | T | | | | | |
| 136. Brk Act #4 NYS Dorm Au City U 4.625/07 | B | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 04/26/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Brk Act #4 Port Auth 119th Ser 5/07 | B | Interest | K | T | | | | | |
| 138. Brk Act #4 NYS Dorm Mtg Hosp 4.95/08 | B | Interest | K | T | | | | | |
| 139. Brk Act #4 NYS Med Care 5.4/08 (/05) | B | Interest | | | redemption | 8/15 | K | A | |
| 140. Brk Act #4 NYNY Ser H MBIA 5/09 | B | Interest | L | T | buy | 9/12 | L | | |
| 141. Brk Act #4 NYS Thrwy 5.1/10 | C | Interest | L | T | | | | | |
| 142. Brk Act #4 NYC G/O Ser C 4.35/11 | B | Interest | L | T | | | | | |
| 143. Brk Act #4 NYC RFDG Ser H, subser H6 float/12 | A | None | K | T | | | | | |
| 144. Brk Act #4 MTA FRDG Ser A 4.3/13 | B | Interest | L | T | | | | | |
| 145. Brk Act #4 Nassau Cty Gen Impt Ser X 5.1/14 [07] | C | Interest | L | T | | | | | |
| 146. Brk Act #4 NYC Ref Ser B G/O 5.75/15 | B | Interest | K | T | | | | | |
| 147. Brk Act #4 NYC Health & Hosp 4.5[4.55]/16 | A | Interest | K | T | | | | | |
| 148. Brk Act #4 Hudson Falls NY Cent Sch 4.625/16 | B | Interest | K | T | buy | 6/14 | K | | |
| 149. Brk Act #4 NYC G/O Ser E 5/16 | B | Interest | L | T | buy | 8/9 | L | | |
| 150. Brk Act #4 NYC G/O Ser B 5.25/18 | C | Interest | L | T | | | | | |
| 151. Brk Act #4 Port Auth 125th Ser 5/18 (Pt VIII) | B | Interest | K | T | | | | | |
| 152. Brk Act # 4 MTA 4.5/18 | B | Interest | K | T | buy | 6/30 | | | |
| 153. Brk Act #4 SB Muni NY MNY MKT PORT CL A ( PtVIII) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Castel, P .Kevin | 04/26/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Brk Act #4 SB Muni Funds NY Port CL A (PtVIII) | B | Dividend | K | T | | | | | |
| 155. Brk Act #4 SB Intermediate Maty NY Muni FD CLA (PtVIII) | C | Dividend | L | T | | | | | |
| 156. Brk Act #4 SB Large Cap Growh Fund CL A (Pt VIII) | | None | M | T | | | | | |
| 157. Brk Act #5 SB Muni NY MNY MKT PORT CL A | A | Dividend | J | T | | | | | |
| 158. Brk Act #5 SB Apprec Fd CL A | | None | K | T | | | | | |
| 159. Brk Act #5 SM Muni FD NY Port CL A | C | Dividend | L | T | | | | | |
| 160. Brk Act #5 SB Intermediate Maty NY Muni FD CLA | B | Dividend | L | T | | | | | |
| 161. Brk Act #5 SB Large Cap Growh Fund CL A | D | Dividend | K | T | | | | | |
| 162. Brk Act #5 NYS Dorm AU 4.45/05 | B | Interest | | | redemption | 7/1 | K | | |
| 163. Brk Act #5 NYS Dorm Au 4.8/06 | B | Interest | L | T | | | | | |
| 164. Brk Act #5 NYS Dorm AU City U 4.625/07 | B | · Interest | K | T | | | | | |
| 165. Brk Act #5 Port Auth NYNJ 119th Ser 5/07 | B | Interest | L | T | | | | | |
| 166. Brk Act #5 NYS Dorm UTD Hlth Svcs 4.95/08 | B | Interest | K | T | | | | | |
| 167. Brk Act #5 NYS Med Care Ment Hlth 5.4/05[08] | B | Interest | | | redemption | 8/15 | K | A | |
| 168. Brk Act #5 NYS Twy Au Hwy & Brdg 5/08 (Pt VIII) | B | Interest | K | T | | | | | |
| 169. Brk Act #5 NY NY Ser H 5/09 | B | Interest | L | T | buy | 9/12 | L | | |
| 170. Brk Act #5 NYS Dorm Au Mntl Hlth 5.25/09 (Pt VIII) | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B I and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 04/26/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Brk Act #5 NYS Thrwy AU 5.1/10 | C | Interest | L | T | | | | | |
| 172. Brk Act #5 NYC G/O SER C 4.375/11 | B | Interest | L | T | | | | | |
| 173. Brk Act #5 NYS Dorm Au ST U EDL 5.250/11 | B | Interest | K | T | buy | 2/23 | K | | |
| 174. Brk Act #4 MTA 4.75/13 | B | Interest | K | T | buy | 12/8 | K | | |
| 175. Brk Act #5 Corning NYC Sch Dist SerB 4.25/13 | B | Interest | L | T | | | | | |
| 176. Brk Act #5 Nassau Cnty NY Gen Impt Ser X 5.1/14[/07/08] | C | Interest | L | T | | | | | |
| 177. Brk Act #5 NYS Env Clean & Drink WTR 5.050/14 | B | Interest | K | T | buy | 3/18 | K | | |
| 178. Brk Act #5 NYC Ref B G/O 5.75/15 | B | Interest | K | T | | | | | |
| 179. Brk Act #5 NY, NYSer H 5/15 | A | Interest | K | T | | | | | |
| 180. Brk Act #5 MTA 5.25/15 | C | Interest | L | T | | | | | |
| 181. Brk Act #5 NYC Health&Hosp 4.55/16 | A | Interest | K | T | | | | | |
| 182. Brk Act #5 Hudson Falls NY Cent 4.65/16 | B | Interest | K | T | buy | 6/14 | K | | |
| 183. Brk Act #5 NYC G/O Ser B 5.25/18 (Pt VIII) | C | Interest | L | T | | | | | |
| 184. Brk Act #6 SB Money Funds Cash Port CLA | A | Dividend | J | T | | | | | |
| 185. Brk Act #6 SB Muni NY Mkt Port CLA | A | Dividend | J | T | | | | | |
| 186. Brk Act #6 ADP | A | Dividend | J | T | | | | | |
| 187. Brk Act #6 BBY | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 04/26/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" aft each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5)er Identity of buyer/seller (if private transaction) |
| 188. Brk Act #6 CSCO | | None | J | T | | | | | |
| 189. Brk Act #6 CTAS | A | Dividend | J | T | | | | | |
| 190. Brk Act #6 Citigroup | A | Dividend | J | T | | | | | |
| 191. Brk Act #6 Dell | | None | J | T | | | | | |
| 192. Brk Act #6 GE | A | Dividend | J | T | | | | | |
| 193. Brk Act #6 HD | A | Dividend | J | T | | | | | |
| 194. Brk Act #6 IBM | A | Dividend | J | T | | | | | |
| 195. Brk Act #6 KMB | A | Dividend | J | T | | | | | |
| 196. Brk Act #6 KSS | | None | J | T | | | | | |
| 197. Brk Act #6 LLY | A | Dividend | J | T | | | | | |
| 198. Brk Act #6 MDT | A | Dividend | J | T | | | | | |
| 199. Brk Act #6 MRK | A | Dividend | J | T | | | | | |
| 200. Brk Act #6 MSFT | A | Dividend | J | T | | | | | |
| 201. Brk Act #6 NOK | A | Dividend | | | sell | 12/13 | J | | |
| 202. Brk Act # 6 NP (Pt VIII) | | Dividend | J | T | | | | | |
| 203. Brk Act #6 ORCL | | None | | | sell | 12/13 | J | | |
| 204. Brk Act #6 PFE | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 04/26/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Brk Act #6 WMT | A | Dividend | J | T | | | | | |
| 206. Brk Act #6 WAG | A | Dividend | J | T | | | | | |
| 207. Brk Act #6 WFC | A | Dividend | J | T | | | | | |
| 208. Brk Act #7 Citibank NA Bank Dep Program | B | Interest | K | T | | | | | |
| 209. Brk Act #7 Safra Nat Bank C/D | B | Interest | K | T | buy | 9/28 | K | | |
| 210. Brk Act #7 Lehman Bros 4.150/15 | A | Interest | K | T | buy | 3/31 | K | | |
| 211. Brk Act #8 Citibank Bank Dep Prog | A | Interest | J | T | | | | | |
| 212. Brk Act #8 SB Appreciation FD CL A | | None | J | T | | | | | |
| 213. Brk Act #8 John Hancock Trift Oppty Fd Equity portfolio(BTO) | C | Dividend | K | T | buy | 6/6 | K | | |
| 214. Brk Act #9 SB MUNI NY MNY MKT PORT CL A | D | Interest | N | T | | | | | |
| 215. Brk Act #9 Nuveen NY Select Qual (NVN) | B | Interest | K | T | | | | | |
| 216. Brk Act #10 SB MUNI NY MNY PORT CL A | D | Interest | N | T | | | | | |
| 217. Brk Act #10 Nuveen NY Sel Qual (NVN) | C | Interest | J | T | | | | | |
| 218. Brk Act #11 Fidelity Funds(Stock) | | None | | | sell | 10/1 | M | D | |
| 219. Brk Act #11 Spartan US Eq Index | | None | N | T | buy | 10/1 | M | | |
| 220. Brk Act #11 MSIFT CP Fx Inst | D | Dividend | M | T | | | | | |
| 221. Brk Act #12 PHX Oakhurst Strat Alloc FD A | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 04/26/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Brk Act #12 PHX Oakhurst Inc&Growth FD A | A | Dividend | J | T | | | | | |
| 223. Brk Act #13 Fidelity Divers Intl | | None | J | T | | | | | |
| 224. Brk Act #13 Fidelity Equity Inc | | None | O | T | | | | | |
| 225. Brk Act #13 Fidelity Inter Bond | E | Interest | N | T | | | | | |
| 226. Brk Act #13 Fidelity Retire Mmkt | C | Interest | N | T | | | | | |
| 227. Brk Act #14 Fidelity Equity Inc | | None | L | T | | | | | |
| 228. Brk Act #14 Fidelity Inter Bond | B | Interest | K | T | | | | | |
| 229. Brk Act #14 Fidelity Retirement Mmkt | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 04/26/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

References to "2004 FDR" are to the amended report dated 8/29/05. References to "2003 FDR" are to the nomination report dated 3/5/03. The additional information provided in this Part VIII should be deemed to be amendments to the 2003 FDR and 2004 FDR.

Part III: NON-INVESTMENT INCOME
  A. Filer's Non-Investment Income.
The amount reported as Item 1, $29,041, was previously reported on the 2004 FDR.

PartVII: INVESTMENTS AND TRUSTS

I also have one bank account which is not interest bearing.

Page 4, line 63 of 2004 FDR. NYNY RFDG Ser H 194/11 should have been listed as sold on 6/23/04. In 2004 , it earned "interest" in category "D" . The 6/23/04 sale was at value "N" and the there was no gain on the sale.

Page 4, line 67 of 2004 FDR. NYC RFDG 1.77/11" was inadvertently listed as having been purchased on 1/16/04. It does not appear that this bond was owned at anytime in 2004 or 2005 and may have been confused with another bond that was listed as purchased on 1/16/04.

Page 5, line 90 of 2004 FDR. NYSMedCare FACSFINAGYMENTHLTH F 5.375/14 should have been listed as redeemed ("pre-refunded") on 2/19/04 with a value at "L" and a gain of "C".

Page 4, line 12 of 2005 FDR. First Eagle Overseas Fund Class A" was inadvertently omitted from the 2003 FDR and 2004 FDR. In each of 2003 and 2004 , it earned dividends in category "A" and had a year end value in each year of "K" by value method "T". It was purchased during an exempt period, i.e. prior to nomination.

Page 4, line 17 of 2005 FDR. SB Capital Fund Class A was inadvertently omitted from my 2004 FDR. In 2004 , it earned dividends in category "A" and had a value at the end of the reporting period of "L" by value method "T". It should have been reported as a "buy" on 11/30/04 at a value of "L".

Page 7, line 58 of 2005 FDR. Eire Cnty NY Pub Impt Ser A 5/11 was inadvertently omitted from my 2003 FDR amd 2004 FDR. In each of 2003 and 2004 , it earned interest in category "B" and at the end or each reporting period had a value of "L" by value method "T". It was purchased during an exempt period, i.e. prior to nomination.

Page 12, line 151 of 2005 FDR. Port Auth 125th Ser 5/18 was inadvertently omitted from my 2004 FDR. In 2004 , it earned interest in category "A" and had a value at the end of the reporting period of "K" by value method "T". It was bought on 10/2/03 with a value of "K ".

Page 12, line 153 of 2005 FDR. SB Muni NY MNY MKT PORT CL A was inadvertently omitted from the 2003 FDR and 2004 FDR. In each of 2003 and 2004 , it earned interest in category "A" and had a value at the end of the reporting period of "K" by value method "T". It was purchased during an exempt period, i.e. prior to nomination.

Page 12, line 154 of 2005 FDR. SB Muny Funds NY Port CL A was inadvertently omitted from the 2003 FDR and 2004 FDR. In each of 2003 and 2004 , it earned interest in category "B" and had a value at the end of each reporting period of "K" by value method "T". It was purchased during an exempt period, i.e. prior to nomination.

Page 13, line 155 of 2005 FDR. SB Intermediate Maty NY Muni FD CL A was inadvertently omitted from the 2003 FDR and 2004 FDR. In each of 2003 and 2004 , it earned interest in category "C" and had a value at the end of each reporting period of "L" by value method "T". It was purchased during an exempt period, i.e. prior to nomination.

Page 13, line 156 of 2005 FDR. SB Large Cap Growh Fund CL A was inadvertently omitted from my 2004 FDR.    In 2004 , it earned dividends in category "A" and had a year end value of "L" by value method "T" It should have been reported as a "buy" on 11/30/04 at a value of "L".

Page 13, line 168 of 2005 FDR. NYS Twy Au Hwy & Brdg 5/08 was inadvertently omitted from my 2004 FDR. In 2004 , it earned interest in category "B" by value method "T". It should have been reported as a "buy" on 11/18/04 at a value of "K".

Page 13, line 170 of 2005. NYS Dorm Au Mntl Hlth 5.25/09 was inadvertently omitted from my 2004 FDR. In 2004 , the postion earned interest in category "B" by value method "T" It should have been reported as a "buy" on 12/29/04 at a value of "K".

Page 14, line 183 of 2005 FDR. NYC G/O Ser B 5.25/18 was inadvertently omitted from my 2004 FDR. In 2004 , the postion earned interest in category "C" by value method "T" It should have been reported as a "buy" on 7/23/04 at a value of "L".

Page 15, line 202 of 2005 FDR and Page 12, line 200 of 2004 FDR. On the 2004 FDR I reported that on 12/9/05 I sold all shares in NP. It appears that I continue to own 3 shares and do not earn income on those 3 shares. They were in value code "J" at the end of the 2004 reporting period by value method "T".

Page 17, lines 223-229 of 2005 FDR. All assets in Brk Acts #13 and #14 were transferred into a single "IRA Rollover Account" effective 10/5/05.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date _May 1, 2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544